UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 22-CR-306-JMC |
| | : | |
| v. | : | MAGISTRATE NO. 22-MJ-166 |
| | : | |
| WILLIAM STEPHON KIT, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 1752(a)(1) |
| Defendant. | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| | : | 22 D.C. Code §§ 4504(a), 1803 |
| | : | (Attempted Carrying a Pistol Without a |
| | : | License (Outside Home or Place of |
| | : | Business)) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **WILLIAM STEPHON KIT**, did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

2

**COUNT TWO**

On or about July 29, 2022, within the District of Columbia, **WILLIAM STEPHON KIT** did attempt to carry, openly and concealed on or about his person, in a place other than his dwelling place, place of business or another land possessed by him, a pistol, without license issued pursuant to law.

(**Attempted Carrying a Pistol Without a License (Outside Home or Place of Business)**, in violation of 22 D.C. Code, Sections 4504(a), 1803)

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY
    D.C. Bar No. 481052


By: */s/ J. Hutton Marshall*
    J. HUTTON MARSHALL
    DC Bar No. 1721890
    Assistant United States Attorney
    U.S. Attorney's Office for the District of Columbia
    601 D Street, N.W.
    Washington, D.C. 20579
    Office: (202) 252-6299
    Cell: (202) 809-2166
    Joseph.hutton.marshall@usdoj.gov


    */s/ Jason M. Manning*
    JASON M. MANNING
    NY Bar No. 4578068
    Trial Attorney, Detailee
    1400 New York Ave NW, 11th Floor
    Washington, D.C. 20005
    (202) 514-6256
    jason.manning@usdoj.gov