UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| vs. ) | Criminal # 22-CR-00306 (JMC) |
| WILLIAM KIT ) | |
| Defendant ) | |

**ORDER**

This matter is before the Court on Defendant's Motion for Leave to Late-File and Defendant's Memorandum in Aid of Sentencing. The Court having considered the Motion, being fully advised, it is on this _____ day of _____ 2023 by the United States District Court for the District of Columbia hereby

ORDERED that the Defendant's Motion be GRANTED.

_____
United States District Judge

-1-